# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2007

132016-7 & (85)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GARY A. BROWN and HAROLD C.
NELTHROPE,
　　　　　Plaintiffs-Appellees/
　　　　　Cross-Appellants,

v

MAYOR OF DETROIT and CITY OF DETROIT,
　　　　　Defendants-Appellants/
　　　　　Cross-Appellees.

SC: 132016-7
COA: 259911, 259923
Wayne CC: 03-317557-NZ

_____/

　　　　On order of the Court, the application for leave to appeal the July 27, 2006 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered. We direct the Clerk to schedule oral argument on whether to grant the applications or take other peremptory action. MCR 7.302(G)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing whether an employee of a public body must report to an outside agency or higher authority to be protected by the Whistleblower Protection Act, MCL 15.361 *et seq.*, and, if so, what statutory language supports that conclusion. They should avoid submitting a mere restatement of the arguments made in their application papers.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2007

_____
Clerk

s0130